| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DYK, TIMOTHY B. | 2. Court or Organization<br><br>FEDERAL CIRCUIT | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>717 MADISON PLACE, N.W.<br>WASHINGTON, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dyk, Timothy B.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $446.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | UNIVERSITY OF MICHIGAN - SALARY |
| 2. 2010 | COMMON GOOD - HONORARIA $1,500 |
| 3. 2010 | WASHINGTON UNIVERSITY - HONORARIA $4,000 |
| 4. 2010 | PODESTA GROUP INC - SALARY AND SELF-EMPLOYED CONSULTANT |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION (NYIPLA) | 03/26/2010 | NEW YORK, NY | NYIPLA - DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | INTELLECTUAL PROPERTY OWNERS ASSOCIATION | 06/10/2010 | WASHINGTON, DC | IPO AWARDS, RECEPTION / DINNER AT SMITHSONIAN | MEAL |
| 3. | FEDERAL CIRCUIT BAR ASSOCIATION | 11/19/2010 | WASHINGTON, DC | FCBA ANNUAL DINNER | MEAL |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DYK, TIMOTHY B. | 05/13/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION (AIPLA) | 04/23/2010 | WASHINGTON, DC | AIPLA - MOOT COURT RECEPTION | MEAL |
| 5. | LINN ALLIANCE | 05/20/2010 | WASHINGTON, DC | LINN ALLIANCE RECEPTION | MEAL |
| 6. | AMERICAN UNIVERSITY | 10/21/2010 | WASHINGTON, DC | AMERICAN UNIVERSITY | MEAL |
| 7. | GILES S. RICH INN OF COURT | 05/22/2010 | WASHINGTON, DC | GSR INN / FCBA RECEPTION & DINNER IN HONOR OF JUDGE MICHEL | MEAL |
| 8. | HARVARD LAW SCHOOL | 10 /13-14/ 2010 | BOSTON, MA | HARVARD LAW IP CONFERENCE | TRANSPORTATION, LODGING, MEALS |
| 9. | BIOTECHNOLOGY INDUSTRY ORGANIZATION | 10/26/2010 | WASHINGTON, DC | BIO IPCC LUNCHEON, ST REGIS | MEAL |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($331,600) | | None | N | S | | | | | |
| 2. CONDOMINIUM - N. MIAMI BEACH FL ($125,060) | | None | M | S | | | | | |
| 3. CARLYLE FUND | | None | N | T | | | | | |
| 4. | | | | | Buy (add'l) | 09/01/10 | L | | |
| 5. CITIBANK BK DPT | A | Interest | J | T | | | | | |
| 6. HIGH POINT NC G/O | A | Interest | | | Redeemed | 04/01/10 | K | | |
| 7. UTAH HSG CORP SINGLE FAM | A | Interest | | | Redeemed | 07/01/10 | K | | |
| 8. I SHARES S&P NEW YORK BOND FUND | A | Interest | L | T | Buy | 12/14/10 | L | | |
| 9. FIRST NIAGRA FINANCIAL (COMMON STOCK) | | None | J | T | Buy | 12/21/10 | J | | |
| 10. US TREASURY BILL 08/12/2010 | A | Interest | | | Buy | 05/10/10 | P1 | | |
| 11. | | | | | Redeemed | 08/12/10 | P1 | A | |
| 12. VANGUARD MM | A | Interest | J | T | | | | | |
| 13. U.S. TREASURY BILL 09/23/2010 | A | Interest | | | Buy | 05/21/10 | N | | |
| 14. | | | | | Redeemed | 09/23/10 | N | | |
| 15. BANK OF AMERICA (COMMON STOCK) | | None | K | T | | | | | |
| 16. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | N | T | | | | | |
| 17. | | | | | Buy (add'l) | 12/27/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD MONEY MARKET FUND T/E | D | Dividend | P1 | T | | | | | |
| 19. VANGUARD SHORT TERM T/E FUND | D | Dividend | | | Sold | 05/04/10 | O | B | |
| 20. NY COMM BK CORP | | None | K | T | Buy | 12/23/10 | K | | |
| 21. HUDSON CITI BANK CORP | | None | J | T | Buy | 12/23/10 | J | | |
| 22. I-SHARES US PREFERRED STOCK INDEX | A | Dividend | L | T | Buy | 10/21/10 | L | | |
| 23. I-SHARES S&P MUNI BOND FUND | | None | L | T | Buy | 12/23/10 | M | | |
| 24. NORTHWEST BANK SHARES | | None | J | T | Buy | 12/23/10 | J | | |
| 25. VANGUARD INTERMEDIATE T/E | A | Dividend | M | T | Buy | 11/19/10 | M | | |
| 26. VANGUARD SHORT TERM T/E FUND | D | Dividend | | | Sold | 05/04/10 | P1 | E | |
| 27. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | J | T | | | | | |
| 28. CAPITOL FEDERAL FINANCIAL (COMMON STOCK) | A | Dividend | K | T | Buy | 12/20/10 | K | | |
| 29. BRIGHT PT INC (COMMON STOCK) | | None | J | T | | | | | |
| 30. ASTORIA FINANCIAL (COMMON STOCK) | | None | J | T | Buy | 12/20/10 | J | | |
| 31. HARRIS INTERACTIVE INC (COMMON STOCK) | | None | J | T | | | | | |
| 32. OSI SYSTEMS INC (COMMON STOCK) | | None | J | T | | | | | |
| 33. POWERWAVE TECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 34. SIRONA DENTAL SYSTEMS INC (COMMON STOCK) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TETRATECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 36. UNITED NATURAL FOODS (COMMON STOCK) | | None | J | T | | | | | |
| 37. CAPMARK BANK CD DUE 07/16/12 | C | Interest | M | T | | | | | |
| 38. WATTS WATER TECH (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 39. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 40. VANGUARD IRA #4 | D | Dividend | N | T | | | | | |
| 41. - JAPAN FUND | | | | | Sold | 01/19/10 | M | E | |
| 42. - KAISER ALUMINUM CORP (COMMON STOCK) | | | | | Sold | 01/14/10 | J | | |
| 43. - WILLIAMS COM GR INC. NOTES | | | | | | | | | |
| 44. - RYDEX INVERSE S&P FUND | | | | | Sold | 01/04/10 | L | | |
| 45. - I SHARES MSCI JAPAN | | | | | | | | | |
| 46. - I SHARES MSCI S. KOREA | | | | | Sold | 01/21/10 | M | E | |
| 47. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 48. -VANGUARD MM | | | | | | | | | |
| 49. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | | | | | |
| 50. - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 51. - NY TIMES CO (COMMON STOCK) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - CAPITAL TRUST INC (COMMON STOCK) | | | | | | | | | |
| 53. - DOW CHEMICAL BOND DUE 05/15/14 | | | | | | | | | |
| 54. VANGUARD IRA - #1 | C | Dividend | O | T | | | | | |
| 55. - BP (COMMON STOCK) | | | | | Buy | 05/10/10 | K | | |
| 56. - BP (COMMON STOCK) | | | | | Sold | 08/06/10 | K | | |
| 57. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 58. - EXXON MOBIL (COMMON STOCK) | | | | | Buy | 05/25/10 | L | | |
| 59. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 60. - I-SHARES PREFERRED STOCK INDEX | | | | | Buy | 10/18/10 | L | | |
| 61. - JAPAN FUND | | | | | Sold | 01/15/10 | L | E | |
| 62. - THIRD AVE FOCUSED CREDIT FUND | | | | | | | | | |
| 63. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 64. - MORGAN STANLEY SENIOR NOTES | | | | | Buy | 08/23/10 | M | | |
| 65. - VANGUARD MONEY MARKET | | | | | | | | | |
| 66. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 67. VANGUARD IRA #2 | B | Dividend | N | T | | | | | |
| 68. -VANGUARD MONEY MARKET | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | | | | | |
| 70. - DODGE & COX INT FUND | | | | | | | | | |
| 71. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 72. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 73. - INTEL (COMMON STOCK) | | | | | | | | | |
| 74. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 75. VANGUARD IRA # 3 | C | Dividend | N | T | | | | | |
| 76. - VANGUARD MM FUND | | | | | | | | | |
| 77. - I SHARES S&P PREFERRED STOCK INDEX FUND | | | | | Buy | 10/21/10 | K | | |
| 78. - ROYAL DUTCH SHELL (COMMON STOCK) | | | | | Buy | 10/14/10 | L | | |
| 79. - THIRD AVE FOCUS CREDIT FUND | | | | | | | | | |
| 80. - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | | | | | |
| 81. - INTEL CORP (COMMON STOCK) | | | | | | | | | |
| 82. TD WATERHOUSE IRA #1 (CASH) | A | Dividend | J | T | | | | | |
| 83. TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 84. -SPEC SITUATION LIFE SCIENCES FUND | | | | | | | | | |
| 85. WELLS FARGO IRA (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DYK, TIMOTHY B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - MONEY MARKET (X) | | | | | | | | | |
| 87. - KAISER ALUMINUM (COMMON STOCK) (X) | | | | | | | | | |
| 88. - KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 (X) | | | | | | | | | |
| 89. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 90. ING LIFE INS | C | Dividend | M | T | | | | | |
| 91. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 92. US BONDS | C | Interest | M | T | | | | | |
| 93. J.J. GUMBERG LIMITED PARTNERSHIP | B | Distribution | J | W | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) TRANSFERS FROM IRA ACCOUNTS TO THRIFT SAVINGS PLAN ACCOUNTS NOT SHOWN.

3) LINES 85-88, WELLS FARGO [PREVIOUSLY WACHOVIA) IRA, CONTAINING KAISER ALUMINUM NOTES, WAS NOT REPORTED ON PRIOR REPORTS DATING BACK TO 2006 BECAUSE THE NOTES WERE BELIEVED TO BE WORTHLESS DUE TO THE KAISER ALUMINUM BANKRUPTCY. IN JULY 2010, THERE WAS AN ADDITIONAL DISTRIBUTION FROM THE BANKRUPTCY, WHICH APPEAR ON LINES 86 AND 87. THE 2006-2009 REPORTS SHOULD BE AMENDED TO SHOW WELLS FARGO IRA CONTAINING KAISER ALUMINUM NOTES, WITH "NONE" IN THE INCOME COLUMNS; IN THE VALUE COLUMNS ADD "J"FOR THE VALUE AND "W" FOR THE VALUE CODE.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544